IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                              )
ELK GROVE VILLAGE, ILLINOIS,                    )
                                                              )
      *Petitioner*,                                         )
                                                              )
v.                                                            )          <u>Case No. 23-1283</u>
                                                              )
FEDERAL AVIATION ADMINISTRATION          )
and POLLY TROTTENBERG, Acting                  )
Administrator, Federal Aviation Administration,   )
                                                              )
      *Respondents*.                                     )
                                                              )
_____  )

**PETITION FOR REVIEW OF AGENCY ORDER**

     Petitioner, Elk Grove Village ("Village") hereby petitions this Court, pursuant to 49 U.S.C. § 46110, 5. U.S.C. § 702, and Federal Rule of Appellate Procedure 15, for review of the Federal Aviation Administration ("FAA") order and final action denying, without explanation, the Village's request that FAA analyze reasonable alternatives to the proposed action at Chicago O'Hare International Airport ("O'Hare") in FAA's National Environmental Policy Act ("NEPA") environmental analysis.  The FAA order and final action is a letter dated August 31, 2023 addressed to Elk Grove Village Mayor Craig Johnson (the "August 31, 2023 FAA Order" or "Order"), a copy of which is attached as Exhibit A.

     1.     In June 1997, the City of Chicago implemented the Fly Quiet Program at O'Hare (the "O'Hare Fly Quiet Program"), a series of voluntary noise abatement flight and operating procedures designed to reduce the impact of aircraft noise during the nighttime hours.  The Fly Quiet Program was developed in collaboration with FAA, airport users, and the O'Hare Noise

Compatibility Commission ("ONCC"), an inter-governmental agency comprised of certain communities and school districts surrounding O'Hare.

2.    In 2015, following implementation of a runway modernization and expansion project, ONCC formed a Fly Quiet Committee ("Committee") to develop permanent modifications to the O'Hare Fly Quiet Program. The Committee developed seven criteria for evaluating proposed alternatives for the new O'Hare Fly Quiet Program. After considering multiple alternatives, the Committee presented only one preferred option for the permanent O'Hare Fly Quiet Program—Alternative B—to the full ONCC membership, even though Alternative B did not meet the seven criteria. This was over the objection of certain members of the ONCC, as well as several non-members such as the Village, who had recommended another alternative, which was one of the two final alternatives under consideration by the Committee—Alternative H.

3.    By letter dated June 15, 2023 (the "June 15, 2023 Letter"), addressed to ONCC and copied to the Chicago Department of Aviation ("CDA"), the Village, through the Suburban O'Hare Commission ("SOC"), a coalition of 11 communities most significantly impacted by nighttime aircraft operations at O'Hare, requested that CDA submit both Alternatives B and Alternative H to the FAA, rather than only proposing Alternative B. The letter provided analysis and data to support SOC's recommendation, including explaining that Alternative H meets all seven of ONCC's criteria, and explaining that Alternative H outperforms Alternative B when considering environmental justice outcomes. ONCC and CDA did not respond to SOC's letter. A copy of the June 15, 2023 Letter is attached as Exhibit B.

4.    On July 27, 2023, the CDA proposed a single alternative, Alternative B, to the FAA for review. On information and belief, FAA is currently reviewing CDA's proposed Alternative B.

5.      By letter dated August 8, 2023, the Village, through SOC, requested that FAA consider Alternative H alongside Alternative B and perform a heading-sensitivity analysis when performing its NEPA-required environmental analysis of CDA's proposed modified Fly Quiet Program (the "August 8, 2023 Letter").  A copy of the August 8, 2023 Letter is attached as Exhibit C.

6.      In a letter dated August 31, 2023, FAA issued the August 31, 2023 FAA Order responding to SOC's August 8, 2023 Letter by directing SOC to "coordinate input through CDA" but providing no explanation of the basis for its denial.  The Village's prior attempts had already proven that this avenue was futile.  FAA's Order thus constructively denied SOC's request and, as such, was a final determination and a reviewable "order" under 49 U.S.C. § 46110(a).

7.      Petitioner asks this Court to set aside FAA's Order as arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law.  Petitioner further asks this Court to require FAA to consider alternatives to CDA's proposed Alternative B in its NEPA evaluation of the O'Hare Fly Quiet Program, including considering Alternative H, as well as conduct a heading-sensitivity analysis.

Dated October 9, 2023                              Respectfully submitted,


                                                   /s/Christopher Neumann_____
                                                   Christopher Neumann
                                                   Andrew Barr*
                                                   Gregory R. Tan*
                                                   1144 15th Street, Suite 3300
                                                   Denver, CO 80202
                                                   Phone: 303.572.6500
                                                   Email: neumannc@gtlaw.com
                                                   Email: Andrew.Barr@gtlaw.com
                                                   Email: Gregory.Tan@gtlaw.com

                                                   *Counsel for Elk Grove Village*
*Petition for admission to this Court forthcoming.

3

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____ )
ELK GROVE VILLAGE, ILLINOIS,                )
                                            )
     *Petitioner*,                         )
                                            )
v.                                          )
                                            )
FEDERAL AVIATION ADMINISTRATION             )
and POLLY TROTTENBERG, Acting               )
Administrator, Federal Aviation Administration, )
                                            )
     *Respondents*.                        )
                                            )
_____ )

## CORPORATE DISCLOSURE STATEMENT

     The Petitioner, Elk Grove Village, is a municipal government body under the laws of

Illinois and not a "nongovernmental corporate party," and therefore it is not required to file a

disclosure statement pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1.

 Dated October 9, 2023               Respectfully submitted,

                                   */s/Christopher Neumann*
                                   Christopher Neumann
                                   Andrew Barr*
                                   Gregory R. Tan*
                                   1144 15th Street, Suite 3300
                                   Denver, CO 80202
                                   Phone: 303.572.6500
                                   Email: neumannc@gtlaw.com
                                   Email: Andrew.Barr@gtlaw.com
                                   Email: Gregory.Tan@gtlaw.com

                                   *Counsel for Elk Grove Village*

*Petition for admission to this Court forthcoming.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2022, I caused file-stamped copies of the foregoing

Petition for Review and Corporate Disclosure Statement to be sent to the following parties in the

by Certified Mail, Return Receipt Requested:

> Federal Aviation Administration
> Office of the Chief Counsel
> 800 Independence Avenue, S.W.
> Washington, DC 20591
>
> The Honorable Merrick B. Garland
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Ave., NW
> Washington, DC 20530-0001

Pursuant to 15 U.S.C. § 2618(a)(2), the Clerk of the Court is respectfully requested to

transmit this petition for Review to the Federal Aviation Administration and the Attorney

General of the United States.

October 9, 2023                    */s/Christopher Neumann*
                                   Christopher Neumann

**EXHIBIT A**

U.S. Department
of Transportation

**Federal Aviation
Administration**

Great Lakes Region
2300 East Devon Avenue
Des Plaines, IL  60018

August 31, 2023

Mayor Craig B. Johnson
Chairman, SOC
901 Wellington Avenue
Elk Grove Village, IL 60007

Dear Mayor Johnson:

Thank you for your letter dated August 8, 2023 and the Suburban O'Hare Commission's (SOC)
input on addressing aircraft noise through the FlyQuiet Program.

The FAA remains committed to working on addressing aircraft noise concerns from communities
around Chicago O'Hare International Airport.  As you are aware, the Chicago Department of
Aviation (CDA) and communities represented by the O'Hare Noise Compatibility Commission
(ONCC) are developing a nighttime FlyQuiet proposal.

After providing feedback to CDA on an initial FlyQuiet proposal received on December 27, 2022,
we are currently reviewing an updated proposal submitted to the FAA by CDA on July 27, 2023.
While we appreciate the input and suggestions provided in your letter, we kindly suggest that the
SOC coordinate input through CDA.

I hope you find this information helpful.  If you would like additional details or have questions,
please feel free to reach back to my office's Community Engagement Officer, Nitin Rao at: 847-
294-7375 or Nitin.Rao@faa.gov.

Thank you,

Erik W. Amend
Regional Administrator
Great Lakes Region

CC:    Jamie Rhee, CDA

**EXHIBIT B**

# Suburban O'hare Commission

| Nunzio Pulice | Craig B. Johnson | Jeffrey Pruyn |
|---|---|---|
| Vice-Chairman | Chairman | Secretary-Treasurer |

**Addison, Bensenville, DuPage County, Elk Grove Village, Elk Grove Township
Hanover Park, Itasca, Roselle, Wood Dale, Schiller Park**

June 15, 2023

Joseph Annunzio
ONCC Chair
jjannunzio@gmail.com

Karyn Robles
ONCC Fly Quiet Committee Chair
krobles@schaumburg.com

Dear ONCC and Fly Quiet Committee Members,

SOC, in conjunction with our team of aviation experts, has reviewed the FAA letter dated May 3, 2023, from Joe Miniace, acting Regional Administrator of the FAA Great Lakes Region, regarding the Chicago Department of Aviation (CDA) the modernized Fly Quiet Program submittal.

In their May 3rd letter, the FAA summarized its response to the Fly Quiet Submittal as follows:

**Summary:**

While the elements of the FlyQuiet proposal demonstrate an innovative method to help address aircraft noise at O'Hare International Airport, safety must always remain the top priority for air traffic controllers. In coordination with CDA, the FAA believes that the proposed nighttime runway rotation schedule could be implemented; however, the proposed fixed headings are not feasible.

The FAA is, therefore, not able to approve the air traffic feasibility of the proposal. However, CDA is encouraged to submit a revised proposal. Some options to consider include either removing the fixed heading requirements or amending the proposed heading scheme to allow for more flexibility in departure operations while ensuring safe aircraft separation.

The FAA continues to value the close collaboration with the CDA and their work with the O'Hare Noise Compatibility Commission in considering solutions to help address noise concerns and would look forward to providing further technical assistance in helping to reach CDA's goals for modernizing the FlyQuiet Program.

1

The input shared by the FAA in this letter provides an opportunity to improve upon the previous CDA Fly Quiet Program submittal.

**Understanding the FAA Objection to Heading Assignments**

Two nationally recognized Air Traffic Control experts, Jim Krieger (ORD Air Traffic Control Tower Manager, Retired) and Craig Burzych (28-year ORD Air Traffic Controller and Union Representative, Retired), have repeatedly advised SOC and the FQ Committee of the following:

1. A long runway option <u>always</u> has to be available.
2. Air Traffic Control human resources are limited at night.
3. Visibility is limited at night.
4. Increased vigilance is required for non-aircraft vehicle and equipment activity to control at night in addition to aircraft.
5. If a voluntary program imposes safety risks, it will not be complied with.

The FAA rejected the proposed FQ Program recommended by the ONCC because the headings would put a *"departing aircraft in conflict with a potential missed approach on the parallel runway"* separated by less than 2,500 feet. This safety concern applies to all RRP configurations that utilize east-west parallel runways.

Designated runway headings were not tested in any of the four Fly Quiet test rotation programs at O'Hare Airport. The only specified departure headings used in any of these tests were turning departure paths for runways 28R and 22L, which have been used for many years. Furthermore, the FAA's previous review of the proposed configurations used in the FQ RRP never included the use of runway headings, as offered in Alternatives B3 and H3.

Heading assignments are the FAA's unique authority. The leap from multiple test RRPs with no designated headings (except those following historic flight paths) to one with multiple headings off all the east-west parallel runways exceeds the tower's tolerance of what can be managed safely at night.

It should be noted that the ORD tower operates the airport with varying headings off parallel runways separated by less than 2500 feet all day long and most nights. However, there are several factors allowing that, including but not limited to:

- Controller discretion of which heading to assign,
- Visual conditions where the pilots can maintain separation; and
- Controller monitoring and maintaining adequate aircraft separation by holding the departure until the arrival is on the ground.

At night, controller workload, heavy aircraft wake turbulence due to the nighttime fleet mix, and visibility limit the tower's ability to commit to the additional effort required to agree to fixed heading assignments or targets.

**A Review of FAA Suggestions to Address Headings Issue**

In their May 3rd letter, the FAA suggested two alternatives to address the issue with the existing proposal—either remove fixed headings entirely (as was the case in all previous RRP tests) or set fixed headings providing at least 30

2

degrees of separation between departures and runways when parallel runways within 2,500' are in use (as a reminder, all RRP configurations that utilize east-west parallel runways fall into this category).

The use of headings with 30-degree separation from the parallel approach runway negatively impacts the RRP program's efficacy. Firstly, doing this will direct south airfield departures to the north and north airfield departures to the south, creating overlapping areas of impact, an example of which is demonstrated in Figure 1 below.

The communities most impacted by these overlapping departures to the north and south would be Bensenville, Wood Dale, and Itasca in West flow operations and Schiller Park, Norridge, Hardwood Heights, Park Ridge, Rosemont, and Chicago Ward 41 in East flow operations. These communities are already most impacted by airport operations and need the most relief. This violates the ONCC RRP criteria of avoiding consecutive impacts, because it will be impossible to keep north operations to the north and south operations to the south.



*Figure 1. Example of Impact of FAA Safety Headings with Required 30 Degree Separation Flown off Runways 27L and 28R*

Additionally, turning aircraft over 20 degrees increases noise levels and population impacted on the ground due to aircraft flight path dispersion. Heavy aircraft operations are increasing at night. The LAEQ noise contour of the heavy aircraft turning on 25-degree heading increases by 30 percent compared to a runway heading.

Maximizing compliance with the runway rotation program is the only way to relieve impacted communities. To achieve this, we recommend removing any reference to headings from the proposed rotation program and leaving the headings assignment to the tower's discretion. As a reminder, <u>none of the four RRP tests included designated headings</u> and they still provided significant relief and predictability to impacted communities.

3

This approach will provide the tower the latitude to operate the airfield consistent with the safety requirements and human resources available during nighttime. The historic departure patterns of the diagonal dog leg off 22L and 290 heading off of 28R may be maintained if the affected communities desire that and the tower agrees.

**Revisiting the Impact of Alternative B3 vs. H3 (which become B and H if headings are removed)**

With the restrictions laid out by the FAA in their May 3rd letter, the inherent unequal distribution of runway use in Alternative B3 becomes more prevalent.  Without the ability to keep north runway departures to the north and south departures to the south, or the opportunity to use multiple headings to spread impact from using a single runway, the noise dispersion benefits of Alternative B are diminished significantly.

Overflights off of each runway based on historical tower heading assignments (i.e., headings left to tower discretion) demonstrate that Alternative B would result in much higher overflights over already overburdened populations than Alternative H, including Bensenville, Wood Dale, Itasca, Schiller Park, and Chicago Ward 41. Alternative H has always provided for the fairest distribution of operations across all three parallel runways, maximizing periods of relief for all communities. This was confirmed by RRP Test 2, which scheduled the same runway use as proposed in Alternative H and demonstrated the highest use (still only a maximum of 20%) of crosswind runways to provide relief for communities impacted by the east-west parallel runways.  Figures 2 and 3 below provide the estimates of aircraft arrivals and departures per runway for Alternatives B and H based on the average rate of compliance of crosswind runway use in Test 2.





Figure 2. *Estimate of Aircraft Arrivals Per Runway for Alternative B and H Based on the Average Rate of Crosswind Runway Use in Test 2.*

4



*Figure 3. Estimate of Aircraft Departures Per Runway for Alternative B and H Based on the Average Rate of Crosswind Runway Use in Test 2.*

Alternative H provides for the fairest balance of runway use across the three sets of parallel runways as summarized below:

|  | Alternative B | Alternative H |
|---|---|---|
| Crosswind Departures | 18% | 27% |
| North Parallel Departures | 41% | 36.5% |
| South Parallel Departures | 41% | 36.5% |
|  |  |  |
| Crosswind Arrivals | 18% | 27% |
| North Parallel Arrivals | 41% | 36.5% |
| South Parallel Arrivals | 41% | 36.5% |

5

Furthermore, the North and South Parallel runways will include a larger fleet mix of aircraft. So, not only will they endure a higher number of departure and arrival operations, but such operations will include the loudest aircraft.

Additionally, the IFQ RRP EA found that the environmental justice (EJ) outcomes of runway loadings most similar to Alternative H outperformed the EJ impacts of runway loadings similar to Alternative B.

The basis of SOC's RRP advocacy has always been that all communities benefiting from ORD should share equally in the burden of aircraft noise generated by the airport. With the lowest fraction of the weeks assigned to crosswind runways use (i.e., 33%), Alternative B will achieve no more than 16% use of the actual crosswind runways. Such an uneven distribution of operations unfairly burdens communities to the west and east of the airport.

It is time to restore headings to the tower's total control and equally distribute the noise burden through the appropriate assignment of runway use, which was the original intent of the RRP program.

The recent input from the FAA only reinforces that ATC views designating or recommending headings as an imposition on their ability to operate safely. Historical attempts to impose the will of ONCC on the tower by including elements in RRP tests that the tower advised against have resulted in low compliance because the tower defaulted to the same safety requirements they requested that the rotation plans adhere to. Ultimately, the tower's compliance with the RRP program is voluntary, because their primary responsibility is ensuring the safety of operations. For the RRP to be effective, then, it is important to ensure that compliance will not be unduly burdensome or contrary to the tower's requirements. Removing headings addresses these issues.


**Recommendation: Submit Both Alternatives B3 and H3, with Headings Removed, to FAA for Review**

While the tower offers two options to pursue going forward, we believe the no-heading option is the only appropriate path forward, both in terms of the ability to provide noise relief and tower compliance.

Beyond the removal of headings, we believe strongly that the ONCC should go back to their original plan to send two RRP proposals to the FAA for review. Both Alternative B and H, with runway headings removed, should be forwarded to the FAA for environmental review.

The CDA, ONCC, and FQ Committee all have a fiduciary responsibility to move forward with the most responsible alternative to provide noise relief and minimize significant noise impacts. The transparency of providing an actual DNL footprint (which will be created during FAA environmental review) of both alternatives to determine the best plan leaves all authorities with everything to gain by endorsing the appropriate decision with firm data.

We recommend documenting the predicted noise contour of both alternatives to inform the selection of the best alternative to provide relief to all the communities. Failing to do so leaves all open to suspicion of picking favorites or targeting any neighborhood but mine with no scientific data to substantiate the decision. The Fly Quiet Committee originally intended to forward multiple RRP proposals to the FAA review—this approach makes sense, as thus far, the ONCC has only been able to make decisions about the proposals based on assumptions, whereas the FAA review will provide the actual data about impact. It is illogical and unnecessary to limit review to one proposal without understanding the true impact of either.

6

**SOC Commitment to Providing Data to Ensure a Fair RRP**

The ONCC and the FQ Committee's actions have demonstrated a repeated indifference to critical data. Rather than seeking to endorse their actions with appropriate scientific data on noise (a very complex phenomenon), their actions frequently led them to choose higher noise impact options. Because SOC communities suffer the most from higher impact choices, SOC has requested the AEDT model input files from the Terminal Area Plan EA from the FAA. We are prepared to complete our own 65 DNL and environmental justice analysis in parallel with the FAA of Alternative B and Alternative H.

We intend to do this with complete transparency, including sharing our AEDT inputs and outputs with the FAA EA team, CDA, and ONCC. In doing so, SOC continues to advocate for the fairest and data-informed RRP program for all residents of the region. The rotation was proposed initially by SOC to CDA to relieve the overburdened populations on both ends of the 10/28 runways.

When there is no rotation program, and the ATC is left to its own devices, the airfield operation has and likely always will default to overburden West flow and the 10/28 runways for all the right reasons of safety and human resources but at the detriment of excessive noise concentration. SOC recognizes this is and has been an unfair burden on these communities, and we intend to follow through on our pursuit of the fairest outcome.

Thank you for your consideration.

Sincerely,


**SUBURBAN O'HARE COMMISSION**

Craig B. Johnson, Chairman
Mayor, Village of Elk Grove Village

Nunzio Pulice, Vice-Chairman
Mayor, City of Wood Dale

Jeff Pruyn, Secretary/Treasurer
Mayor, Village of Itasca

Rich Veenstra
Mayor, Village of Addison

Frank DeSimone
President, Village of Bensenville

John Loper
Chief Transportation Planner, DuPage County

George Busse
Supervisor, Elk Grove Township

Rodney S. Craig
President, Village of Hanover Park

David Pileski
Mayor, Village of Roselle

Nick Caiafa
Mayor, Village of Schiller Park

7

C:      ONCC Fly Quiet Committee Members
        ONCC Members
        Jamie Rhee, CDA Commissioner
        Erik Amend, FAA Regional Administrator, Great Lakes Region
        Sean Doyle, FAA Deputy Regional Administrator, Great Lakes Region
        Steve Ritchey, FAA General Manager TCAU, Chicago District
        Patrick Wells, Deputy Assistant Chief Counsel, FAA Office of the Chief Counsel
        SOC Board

8

**EXHIBIT C**

# SUBURBAN O'HARE COMMISSION

| Nunzio Pulice | Craig B. Johnson | Jeffrey Pruyn |
|---|---|---|
| Vice-Chairman | Chairman | Secretary-Treasurer |

**Addison, Bensenville, DuPage County, Elk Grove Village, Elk Grove Township**
**Hanover Park, Itasca, Roselle, Wood Dale, Schiller Park**

August 8, 2023

Mr. Nitin Rao
Community Engagement Officer (CEO), Congressional Liaison
Great Lakes Regional Administrator's Office
Federal Aviation Administration
Nitin.Rao@faa.gov

Re: Proposed Alternative for FAA Consideration re Redeveloped Fly Quiet Program at O'Hare Airport

Dear Mr. Rao:

In furtherance of my email to you on July 31, 2023, the Suburban O'Hare Commission (SOC) respectfully requests that the FAA consider Alternative H (described below) when completing its NEPA-required environmental analysis for the redeveloped Fly Quiet Program at Chicago O'Hare International Airport. As you are aware, nearly all the communities represented by SOC are contiguous to O'Hare. As a result, SOC represents most of the population within the present and future 65 DNL boundaries.

Because SOC represents the most significantly impacted communities, it organized a world-class team to study and make recommendations on how to fairly and effectively distribute nighttime noise caused by operations to and from O'Hare. SOC funded repeated studies to identify and evaluate 21 noise mitigation recommendations and presented those findings to the O'Hare Noise Compatibility Commission (ONCC). Over the past eight years, SOC has partnered with the Chicago Department of Aviation (CDA) and ONCC to implement many of these recommendations. Of the 21 recommendations studied and considered, the runway rotation program currently being evaluated provides the most relief to the most affected communities.

On July 27, 2023, the CDA submitted its renewed request that the FAA complete an environmental analysis for O'Hare's redeveloped Fly Quiet Program. The CDA's proposal requested that the FAA consider only one alternative during its review: Alternative B3. SOC believes that NEPA requires the FAA to consider all proposed, reasonable alternatives, and thus **SOC formally requests that the FAA, as part of its environmental analysis, (i) complete a heading sensitivity analysis and (ii) analyze Alternative H in addition to Alternative B**.

As set forth below, SOC is prepared to provide the FAA with all information and supporting data that the FAA needs to ensure that Alternative H is considered alongside Alternative B. SOC believes—after reviewing several expert analyses—that Alternative H is the *only* option that meets all the requirements

1

that the ONCC developed for the Fly Quiet Program while also providing periods of relief to all residents near the airport.

This document outlines SOC's request that the FAA analyze Alternative H and complete a heading sensitivity analysis to maximize compatible land use within the 65 DNL corridors.

I.    The FAA Should Conduct a Heading Sensitivity Analysis Regardless of Whether Alternative H Is Reviewed

The optimal runway rotation program should provide periods of relief to overburdened communities while also minimizing significant environmental impacts. To achieve this result, the FAA must evaluate the Fly Quiet Program's preferential noise abatement departure headings to analyze the noise contour increase given the nighttime penalty factor of 10 applied to each nighttime flight track. For example, the image below shows the contour lobes created by the 20-degree heading to the north (290 degrees; the yellow box on the left in the image below) on RWY 28 R and the 40-degree heading to the south (180 degrees; the yellow box on the bottom in the image below) on RWY 22L in comparison to the RWY heading contour on RWY 10L with no lobes. As demonstrated, a heading sensitivity analysis is critical to understanding and minimizing the environmental impacts stemming from a redeveloped Fly Quiet Program.



II.   The FAA Should Analyze Alternative H

In addition to a heading sensitivity analysis, a comparison of Alternative B and Alternative H shows that Alternative H should be included in the FAA's review. Alternative H is feasible, reasonable, and superior to Alternative B. Both Alternatives include the same six runway configurations Q, M, L, O, P, and I, but Alternative H utilizes crosswind runways more fairly. Alternative H alternates fairly between North and South Airfield, East and West flow and Northeast and Southwest flow (diagonal runways) to maximize periods of relief for all communities.

2



Indeed, the primary difference between Alternative B and Alternative H is runway loading, a straightforward modification in the AEDT modeling process. Alternative H provides for the fairest balance of runway use across the three sets of parallel runways, as summarized in the table below:

| Configuration | Alternative B | Alternative H |
|---|---|---|
| Crosswind Departures | 18% | 27% |
| North Parallel Departures | 41% | 36.5% |
| South Parallel Departures | 41% | 36.5% |
| | | |
| Crosswind Arrivals | 18% | 27% |
| North Parallel Arrivals | 41% | 41% |
| South Parallel Arrivals | 41% | 36.5% |

## Alternatives B3 and H3 Arrival Runway Use



Alternative B3                    Alternative H3

LAMax 70 dBA arrival contours
ORD FQ fleet mix (Runway Rotation Program 3)
FAA AEDT 3d model

3

## Alternatives B3 and H3 Departure Runway Use




Alternative B3                                                    Alternative H3

LAMax 70 dBA departure contours
ORD FQ fleet mix (Runway Rotation Program 3)
FAA AEDT 3d model

III.    <u>Consideration of Alternative H Promotes an Efficient and Effective Environmental Review Process</u>

Several key factors further support the FAA including Alternative H as part of the detailed noise analysis completed during the environmental analysis. The analysis will allow the FAA to determine the preferred runway rotation schedule and heading alternative that maximizes relief periods and minimizes significant impact contours, including but not limited to:

- The FAA/CDA have invested over $200M in sound insulation at over 10,000 homes to address incompatible land use at O'Hare. Aggressive heading assignments, as contemplated in Alternative B3, direct aircraft outside compatible land-use areas over homes without sound insulation.
- Diagonal parallel runways are historically under-utilized, and east/west parallel runways are over-utilized at night. Alternative B would continue this disparity.
- Scheduled diagonal runway use does not accurately predict actual runway use (due to runway length, weather, or other factors). On average, runway rotation tests demonstrated only 14% of heavy aircraft departures operated on diagonal runways when the crosswind runways were designated primary or secondary runways. Similarly, only 24% of heavy aircraft arrivals used crosswind runways during the runway rotation program when the crosswind runways were designated primary or secondary runways.
- Industry may prefer additional use of the diagonal parallel runways due to their proximity to the cargo quadrant.
- Runway Rotation Program Test 2 (RRP2) resulted in the fairest distribution of aircraft operations across all runways. Alternative H's schedule is the same as RRP2.
- Nighttime operations have ten times the impact of daytime operations on the DNL contour.
- 35% of all O'Hare Fly Quiet hour departures are heavy jet aircraft.
- Turning aircraft make more noise and increase the size of the noise contours.
- The increased noise contours for turning aircraft are further exacerbated when considering heavy aircraft—for example:

4

- o The noise contour of a long-haul Boeing 747-8F flying a **runway heading affects 243% more people** than the most popular aircraft (Boeing 737-800) at the same noise level (LMAX 70 dBA).
- o The noise contour of a long-haul Boeing 747-8F flying **20 degrees from a runway heading affects 412% more people** than the most popular aircraft (Boeing 737-800) at the same noise level (LMAX 70 dBA).

- Turning aircraft climb slower and extending time exposure to noise.



## Relevant Facts About Heavy Aircraft Noise

- Modeling Runway 27L departures using runway heading:
  - The noise contour area of a Boeing 747-8F flying long-haul routes to Asia **affects 243% more people** than the noise contour of the most popular aircraft (Boeing 737-800) at the same noise level (LAMAX 70 dBA)
- Modeling Runway 27L departures turning North 20-degree from runway heading:
  - The noise contour area of a Boeing 747-8F flying long-haul routes to Asia **affects 412% more people** than the noise contour of the most popular aircraft (Boeing 737-800) at the same noise level (LAMAX 70 dBA)
- 35% of departures during Fly Quiet hours are heavy aircraft
- **Ignoring heavy aircraft noise underestimates the population impacts to communities around the airport**

Runway Heading Impacts Should Consider Heavy Aircraft Operations or 35% of Departures at ORD

| Aircraft Type | Typical Departures in FQ2 Hours | RECAT Group | General Description |
|---|---|---|---|
| Boeing 737-800 | 9 | D | Narrow-body, Single-aisle |
| Total Narrow Body or Regional Jets | 31 | D or E | |
| Boing 747-400 and 747-8 | 7 | B | Heavy, Wide-body |
| Boeing MD-10 | 2 | C | "Light" Heavy, Wide-body |
| B772 and B777F | 3 | B | Heavy, Wide-body |
| Total Heavy Aircraft | 17 | C or B | |

LMAX 70 level
Boeing 747-400 Freighter
RECAT Group B
(black line)

LMAX 70 level
Boeing 777-200 Freighter
RECAT Group B
(purple line)

LMAX 70 level
Boeing MD-10
RECAT Group C
(red line)

LMAX 70 level
Boeing 737-800
RECAT Group D
(light blue line)
Contour shown in
CDA analysis

Analysis using the AEDT3d Model

5

The FAA Interim Fly Quiet Re-Evaluation modeled two scenarios with similar runway loadings as B and H. The scenario most similar to H provided the most relief with less significant impact than the scenario most similar to B. Additionally, the runway loading most similar to H proved to have a better environmental justice outcome than the runway loading scenario most similar to B. Dr. Antonio Trani—an expert retained by SOC who also regularly works with the FAA—expects this disparity to increase with the preferred assignment of aggressive headings as currently contemplated in the CDA Fly Quiet Program proposal.



### IV.     SOC Will Provide the FAA With Expert Analyses to Assist in the NEPA Review

SOC is currently preparing contours in AEDT to show the predicted noise impact for both Alternative B and Alternative H (with no preferential headings). This will be accomplished by modeling TAP EA flight tracks with Alternative B and H runway configurations, schedules, and estimated runway utilization per average performance of the four runway rotation program tests. Upon completion, SOC will provide this analysis to the FAA.

SOC is also preparing contours in AEDT to show the predicted noise impact based on three different preferential noise abatement departure headings as applied to Alternative B and H. This will be done by modeling TAP EA flight tracks with Alternative B and H runway configurations, schedules, and estimated runway utilization per average performance of the four runway rotation programs tests to date, including a heading sensitivity analysis. The following three additional sets of contours will be generated as part of this analysis:

A.  East/West Parallel runways with RWY heading and 10-degree (north to north and south to south) headings and Diagonal runways with dogleg departures as proposed.
B.  East/West Parallel runways with 10-degree and 20-degree heading (north airfield to north and south airfield to south) and Diagonal runways with dogleg departures as proposed.
C.  East/West Parallel runways with headings as defined in Alternative B3 and H3.

V.     SOC Is Confident Alternative H Is Superior and Appreciates the FAA's Review of This Alternative

SOC's technical experts have closely analyzed O'Hare's noise environment throughout the four runway rotation tests and have a very high degree of confidence that the Alternative H rotation schedule paired with the most responsible heading assignments (those producing the smallest 65 DNL contour) provide the most periods of relief to all residents while maximizing compatible land use and best environmental justice outcome.

Please confirm that the FAA will analyze Alternative H in addition to Alternative B, in conjunction with a heading sensitivity analysis and corresponding environmental justice analysis, to determine the most environmentally responsible preferred alternative.


        Sincerely,


        Mayor Craig B. Johnson
        SOC Chairman


CC:     SOC Board

Table 1 Alternative B3 Summary[1]

| WEEK | CONFIG | AIRFIELD | FLOW | PREFERRENTIAL NOISE ABATEMENT DEPARTURE RUNWAY | PREFERRENTIAL NOISE ABATEMENT HEADING | PREFERRENTIAL NOISE ABATEMENT ARRIVAL RUNWAY | PREFERRENTIAL LONG RUNWAY |
|---|---|---|---|---|---|---|---|
| 1 | Q-1 | CROSSWIND | WEST | 27L | 1-275° | 27C | 9R-27L |
| 2 | M-1 | NORTH | EAST | 10L | 1-100° | 10C | 10L-28R |
| 3 | L | CROSSWIND | EAST | 4L | VH with Turn | 4R | 9R-27L |
| 4 | O-1 | SOUTH | WEST | 28R | 1-260° | 28C | 10L-28R |
| 5 | P-1 | CROSSWIND | EAST | 9R | 1-080° | 9C | 9R-27L |
| 6 | I | NORTH | WEST | 22L | VH with Turn | 22R | 10C-28C |
| 7 | Q-2 | CROSSWIND | WEST | 27L | 2-295° | 27C | 9R-27L |
| 8 | M-2 | SOUTH | EAST | 10L | 2-110° | 10C | 10L-28R |
| 9 | L | CROSSWIND | EAST | 4L | VH with Turn | 4R | 9R-27L |
| 10 | O-2 | NORTH | WEST | 28R | 2-245° | 28C | 10L-28R |
| 11 | P-2 | CROSSWIND | EAST | 9R | 2-065° | 9C | 9R-27L |
| 12 | I | SOUTH | WEST | 22L | VH with Turn | 22R | 10C-28C |

[1]The FAA, at its sole discretion, can deviate from the preferential noise abatement runways and departure flight paths to maintain safe conditions.

Table 2 Alternative H3 Summary[1]

| WEEK | CONFIG | AIRFIELD | FLOW | PREFERRENTIAL NOISE ABATEMENT DEPARTURE RUNWAY | PREFERRENTIAL NOISE ABATEMENT HEADING | PREFERRENTIAL NOISE ABATEMENT ARRIVAL RUNWAY | PREFERRENTIAL LONG RUNWAY |
|---|---|---|---|---|---|---|---|
| 1 | I | CROSSWIND | WEST | 22L | VH with Turn | 22R | 10C-28C |
| 2 | Q-1 | NORTH | WEST | 27L | 1-275° | 27C | 9R-27L |
| 3 | L | CROSSWIND | EAST | 4L | VH with Turn | 4R | 9R-27L |
| 4 | M-1 | SOUTH | EAST | 10L | 1-100° | 10C | 10L-28R |
| 5 | I | CROSSWIND | WEST | 22L | VH with Turn | 22R | 10C-28C |
| 6 | P-1 | NORTH | EAST | 9R | 1-080° | 9C | 9R-27L |
| 7 | L | CROSSWIND | EAST | 4L | VH with Turn | 4R | 9R-27L |
| 8 | O-1 | SOUTH | WEST | 28R | 1-260° | 28C | 10L-28R |
| 9 | I | CROSSWIND | WEST | 22L | VH with Turn | 22R | 10C-28C |
| 10 | Q-2 | NORTH | WEST | 27L | 1-295° | 27C | 9R-27L |
| 11 | L | CROSSWIND | EAST | 4L | VH with Turn | 4R | 9R-27L |
| 12 | M-2 | SOUTH | EAST | 10L | 1-110° | 10C | 10L-28R |
| 13 | I | CROSSWIND | WEST | 22L | VH with Turn | 22R | 10C-28C |
| 14 | P-2 | NORTH | EAST | 9R | 1-065° | 9C | 9R-27L |
| 15 | L | CROSSWIND | EAST | 4L | VH with Turn | 4R | 9R-27L |
| 16 | O-2 | SOUTH | WEST | 28R | 1-245° | 28C | 10L-28R |

[1]The FAA, at its sole discretion, can deviate from the preferential noise abatement runways and departure flight paths to maintain safe conditions.

8

**Exhibit 1        Alternative B3 Overview[1]**



[1] *The FAA, at its sole discretion, can deviate from the preferential noise abatement runways and departure flight paths to maintain safe conditions.*

9

**Exhibit 2          Alternative B3 Runway Rotation Schedule**



**Exhibit 3      Alternative H3 Overview[1]**



Exhibit 4    Alternative H3 Runway Rotation Schedule





